IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   03-cv-01919-RPM

MARCA ANNE WILSON, decedent, by her next friend, next of kin, statutory heir and
personal representative,
MICHAEL TIMOTHY WILSON,

        Plaintiff,

v.

TERRY MAKETA, in his official capacity as the Sheriff of El Paso County, Colorado
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,
COLORADO, and
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,

        Defendants.

_____

ORDER
_____

Pursuant to the Stipulation of Counsel for Defendant Correctional Healthcare

Management, Inc., filed on February 22, 2005, it is

ORDERED that Gary R. Cowan is allowed to withdraw as counsel for

Defendant Correctional Healthcare Management, Inc.

DATED: August 3rd, 2005.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge